IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **Michael Bies,** ) | |
| ) | |
|     **Petitioner,** ) | |
| ) | **Case No.: CV-1-00-682** |
|     **vs.** ) | |
| ) | **District Judge Susan J. Dlott** |
| **Margaret Bagley, Warden,** ) | **Magistrate Judge Michael R. Merz** |
| ) | |
|     **Respondent.** ) | |

**PETITIONER MICHAEL BIES' EIGHTH STATUS REPORT CONCERNING THE ONGOING STATE COURT POST-CONVICTION PROCEEDINGS**

On October 22, 2002 this Court ordered that Petitioner Bies keep this Court apprised of the state court filings in Petitioner's case. [Doc. 33.] Since the filing of his Seventh Status Report, [Doc. 69] the following pleadings have been filed in State v. Bies, Ham. C.P. No. B925067:

| Date | Pleading | Tab |
|---|---|---|
| 07/01/2003 | Memorandum Opposition to Defendant's Mental Retardation Petition | 1 |
| 08/15/2003 | Michael Bies' Reply in Support of His Mental Retardation Petition | 2 |
| 08/15/2003 | Exhibits in Support of Michael Bies' Reply in Support of His Mental Retardation Petition | 3 |
| 08/15/2003 | Michael Bies' motion for Summary Judgment as to the Third Cause of Action | 4 |
| 08/15/2003 | Exhibits in Support of Michael Bies' Motion for Summary Judgment as to the Third Cause of Action | 5 |
| 09/08/2003 | State's Memorandum in Opposition to Defendant's Motion for Summary Judgment | 6 |

| | | |
|---|---|---|
| 09/18/2003 | Michael Bies' Reply in Support of His Motion for Summary Judgment as to the Third Cause of Action | 7 |

Respectfully submitted,

s/ S. Scott Haynes _____
S. SCOTT HAYNES - 0059586
Hallowes, Allen & Haynes
1616 Brice Road
Reynoldsburg, Ohio 43068
Telephone: (64) 868-0009
Facsimile: (614) 868-0029

And


DAVID H. BODIKER
Ohio Public Defender

RANDALL L. PORTER - 0005835
Assistant State Public Defender

Office of the Ohio Public Defender
8 East Long Street, 11th Floor
Columbus, Ohio 43215-2998
Telephone: (614) 466-5394
Facsimile: (614) 728-3670

COUNSEL FOR PETITIONER

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **PETITIONER MICHAEL BIES' EIGHTH STATUS REPORT CONCERNING THE ONGOING STATE COURT POST-CONVICTION PROCEEDINGS** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

                        s/ S. Scott Haynes_____
                        S. SCOTT HAYNES
                        COUNSEL FOR PETITIONER