IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **Michael Bies,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | **Case No.: CV-1-00-682** |
| vs. | ) | |
| | ) | **District Judge Susan J. Dlott** |
| **Margaret Bagley, Warden,** | ) | **Magistrate Judge Michael R. Merz** |
| | ) | |
| Respondent. | ) | |

**PETITIONER MICHAEL BIES' NINTH STATUS REPORT CONCERNING THE ONGOING STATE COURT POST-CONVICTION PROCEEDINGS**

On October 22, 2002 this Court ordered that Petitioner Bies keep this Court apprised of the state court filings in Petitioner's case. [Doc. 33.] Since the filing of his Eighth Status Report, [Doc. 72] the following pleadings have been filed in State v. Bies, Ham. C.P. No. B925067:

| Date | Pleading | Exhibit |
|---|---|---|
| 12/01/03 | Exhibits in Support of State's Memorandum In Opposition to the Defendant's Motion for Summary Judgment | 1 |
| 12/30/03 | Michael Bies' Post Oral Argument Memorandum | 2 |

On December 12, 2003 the trial court entertained oral argument on Michael Bies' Motion for Summary Judgment.

Respectfully submitted,

s/ S. Scott Haynes _____
S. SCOTT HAYNES - 0059586
Hallowes, Allen & Haynes

1

6445 E. Livingston Avenue
Reynoldsburg, Ohio 43068
Telephone: (64) 868-0009
Facsimile: (614) 868-0029

And

DAVID H. BODIKER
Ohio Public Defender

RANDALL L. PORTER - 0005835
Assistant State Public Defender

Office of the Ohio Public Defender
8 East Long Street, 11th Floor
Columbus, Ohio 43215-2998
Telephone: (614) 466-5394
Facsimile: (614) 728-3670

COUNSEL FOR PETITIONER

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the foregoing **PETITIONER MICHAEL BIES' NINTH STATUS REPORT CONCERNING THE ONGOING STATE COURT POST-CONVICTION PROCEEDINGS** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

                    s/ S. Scott Haynes_____
                    S. SCOTT HAYNES
                    COUNSEL FOR PETITIONER