THE STATE OF OHIO, HAMILTON COUNTY

COURT OF COMMON PLEAS

| | | |
|---|---|---|
| STATE OF OHIO | : | NO. B-9205607 |
| Plaintiff-Respondent | : | (Judge Meyers) |
| vs. | : | |
| MICHAEL BIES | : | EXHIBITS IN SUPPORT OF MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| Defendant-Petitioner | : | |

FILED 2003 DEC -1 A 8:55 GREGORY HARTMANN CLERK OF COURTS HAMILTON COUNTY, OH

The State hereby files the attached exhibits in support of the previously filed memorandum in opposition to Bies' Motion For Summary Judgment. The exhibits are as follows:

1. Transcript of first interview 7/28/92 @ 1848 hours
2. Transcript of second interview 7/28/92 @ 8:55 p.m.
3. Taped interview 7/29/92 made during videotaped walk through of scene
4. Taped interview of call from reporter Deborah Dixon
5. Defendant's webpage on ohiodeathrow.com web site.

Respectfully submitted,

Mark E. Piepmeier
Assistant Prosecuting Attorney
230 East Ninth Street, Suite 4000
Cincinnati, Ohio 45202
(513) 946-3078; Fax (513) 946-3100
Counsel for Plaintiff, State of Ohio



D57082098

EXHIBIT 1

## CERTIFICATE OF SERVICE

I hereby certify that on this _1_ day of December., 2003, I have posted a copy of the foregoing Exhibits to counsel for defendant Michael Bies addressed to S. Scott Haynes(0059586), Hallowes, Allen & Haynes, 1616 Brice Road, Reynoldsburg, Ohio 43068 and Randall L. Porter (0005835), Assistant State Public Defender, at Office of the Ohio Public Defender, 8 East Long Street, 11th Floor, Columbus, Ohio 43215-2998.

*Mark Piepmeier*
Mark E. Piepmeier 0006894
Assistant Prosecuting Attorney