IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **Michael Bies,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | **Case No.:  CV-1-00-682** |
| vs. | ) | |
| | ) | **District Judge Susan J. Dlott** |
| **Margaret Bagley, Warden,** | ) | **Magistrate Judge Michael R. Merz** |
| | ) | |
| Respondent. | ) | |

**MICHAEL BIES' TENTH STATUS REPORT CONCERNING THE ONGOING
STATE COURT POST-CONVICTION PROCEEDINGS**

On October 22, 2002, this Court ordered that Michael Bies keep this Court apprised of the state court filings in his post-conviction case. [Doc. 33.]  Since that time he has filed quarterly reports identifying the court pleadings filed in the state court the previous quarters.

During the first quarter of calendar year 2004, the parties did not file any pleadings nor did the trial court place any entries of record.  On December 12, 2003, the trial court entertained oral argument on Michael Bies' Motion for Summary Judgment.  The state trial court had the matter under advisement for the entire first quarter. (The trial court did rule on the Motion after the commencement of the present quarter, which will be detailed in the next status report).

                                          Respectfully submitted,

                                          s/ S. Scott Haynes _____
                                          S. SCOTT HAYNES - 0059586
                                          Hallowes, Allen & Haynes
                                          6445 E. Livingston Avenue
                                          Reynoldsburg, Ohio 43068
                                          Telephone:  (64) 868-0009
                                          Facsimile:  (614) 868-0029

        And

DAVID H. BODIKER
Ohio Public Defender

RANDALL L. PORTER - 0005835
Assistant State Public Defender

Office of the Ohio Public Defender
8 East Long Street, 11th Floor
Columbus, Ohio  43215-2998
Telephone:  (614) 466-5394
Facsimile:  (614) 728-3670

COUNSEL FOR PETITIONER

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **PETITIONER MICHAEL BIES' TENTH STATUS REPORT CONCERNING THE ONGOING STATE COURT POST-CONVICTION PROCEEDINGS** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access the filing through the Court's system.

        s/ S. Scott Haynes
        S. SCOTT HAYNES
        COUNSEL FOR PETITIONER

#197503