3/12/92
D'Age

2150 Called Joshua's house & step dad Randy (Ready?) told him they went fishing Dorie & Joshua. Cedar Lake

---

Mom was just coming home from work
- went out 1½ hrs
- Mom went to Dad's house - Delhi
- 1st checked park then playground, janitor was taking out trash

---

Aaron - dressed in black baseball cap w/ "Bulldozer"
1 white & orange, black gym shoe
Right toe broken
No shirt
Green hospital shorts "childrens"

---

Police called around 2300

---

→ Aaron never played in building because Dallas told him not too "I'm his big brother & he looks up to me"

Thomas Raines MW/5 - stayed all night with grandmother - Edith Raines
Delhi

Was not with Dori at all.