"CRIME - STOPPERS"

DATE 5-18-9?  TIME 1705  CODE NUMBER 96X234

* INFORMANTS NAME _____ M.W. _____
* INFORMANTS ADDRESS _____
  INFORMANTS PHONE _____
  OFFICER RECEIVING CALL T. OTTEN
  INFORMATION RECEIVED _Kelly stated to check out_
  _the step brother of Aaron Raines_

(*) indicates voluntary information - need not be given

001016


EXHIBIT B