6/08/92
1025 Joseph Gribbins Jr
2116 Hatmaker 2ⁿᵈ Fl
MW18   5/22/74
No Phone

000832


EXHIBIT C

\* - At Dallas house making cassette tapes at 7:30pm - Aaron came in + out of the house twice (one jumping up, making records) while he was there - left @ 8:15p went to Oyler's playground w/Dallas & left Dallas @ playground to go home @ 8:30pm (Aaron not around after they left house)

- Next seen Dallas when Police came with Dallas looking for Aaron about 1am
- Never seen Aaron in abandon bldg.
- Dallas was Aaron + Aaron was Dallas
- Dallas would take up for Aaron - wouldn't let anybody mess with him
- Dallas expressed some feelings of wanting more freedom (Boys Club) ~~Hated~~ wanted his mother to spend more time with him
- Aaron Spends alot more time w/Dallas
- Mom never left the hospital when Aaron was in for accident
- Aaron was strong for his age/size
- Dallas told Aaron not to go off/go far - in front of the house or across the street

\* - Joe made a copy of 2 songs on tape (afraid Mom Raines would come home and catch him) They looked for the basketball + couldn't find it - so they wrapped a tennis ball with tape before going to playground