000416

POLYGRAPH ASSIGNMENT

NAME: Dallas Raines

CTL #: _____   DOB: _____

DATE: 6-3-92   TIME: 1000

INVESTIGATOR: Argo 3540   UNIT: Homicide

OFFENSE/REASON: Homicide/Suspect is half-brother of victim who was found assaulted in a vacant building.

POLYGRAPHIST: M'Laughlin

DISPOSITION: _____

SUPERVISOR: Sgt Oetzel

**EXHIBIT D**