INVESTIGATIVE SUMMARY

COMPLAINANT   **AARON RAINES**              OFFENSE  **HOMICIDE**

OFFENSE NUMBER _____ INVESTIGATORS  **SGT. GUY**

===============================================================

SGT. L. GUY        6/1/92         1605 HOURS

This is Sgt. **Guy**, the date's 6/1 of 92, the time is 1605 hours. This will be in reference to several follow-up leads on **Aaron Raines** Homicide. First one is on **Rodney Ryker** the subject that was **John Latham** suspect who lived at the Drop In Center. I located palm prints on him from Houston, Texas. They faxed up a copy of good prints, however, Lt. **Snider** will take care of getting 35 MM made of the palm prints and getting them up to **Bill Hillard** for them to check. Responded over to 2138 Hatmaker, picked up **John Ingle** brought him down, palm prints, fingerprints. He was real cooperative I don't know what happen the other day. Anyway on this jacket on 671 Overlook or 1042 Anderson Ferry Road in reference to the car from the abduction from a year ago on a six year old. The one that **Linda Day** and **Ray Morano** worked up. Had a title check done. This vehicle was owned by this **Steve Hessy** at the time that abduction took place. The title shows March 26 but he actually took ownership and physically had the car on March 13th. This is an old police vehicle and he bought it through an auction. So only the police department and **Steve Hessy** has owned this vehicle. Apparently a good address w[as] a 3579 Carmel Terrace, that's in zone 11. That's the last address as of March of 91. I'm gonna turn this tape over. Okay. Continue on. **Dan Argo** asked me to make arrangements to

EXHIBIT E

001212

Page 1

have a polygraph set up for **Dallas Raines** and **T.J. Linville**. Got a hold of **Dallas** and mother **Barbara Raines** today. Have **Dallas** set up for a polygraph for Wednesday at 1000 hours. **Dallas** is notified, **Barbara Raines** says that she'll make sure that he's down here. I set **T.J. Linville** up for a polygraph on Thursday at 1100 hours. I found **T.J.** today and didn't tell him exactly when we wanted him to take the polygraph but told him that we wanted to take it. He said he would be willing to take the polygraph but the last time he was picked up, brought down and fingerprinted and his shoes checked that his mother raised all kinds of hell and she said that he shouldn't come with us any longer. That if anybody wants to deal with him, they should deal with her. I don't recall her name. She does live at 2133 Storrs on the third floor. So **Danny** Wednesday... She was, **T.J.** said that she was having problems today because there was the lay out tonight of their six week old nephew that died and then there's the funeral tomorrow. So I think probably the best day to get a hold of her is Wednesday and talk to her about **T.J.** taking the polygraph. **T.J.** is agreeable to take one. Okay couple other things. We looked over and over and can't find the information on **Little Bit** who's calling in, gave the information on **Garland Inman**. Track it down in **Steinher's** van today. I'll put it on tape so we all have it. **Little Bit** or **Catherine Walls** telephone number is 251-2059. Her address is 2133 St. Michael, apartment four. I know she likes to deal only with certain people so maybe **Bob Steinher** or **Gary Seal** should get a hold of her. But at least we have the information if we would have to get a hold of her.

001213

Page 2

Also going through the notes I talked to **Sgt. Disbennett** today about this. Down on River Road where we ran into **Sam Ball** a couple subjects came up but no **Aaron Raines**. It probably should be checked for prints. This **Robert Shelton** and a **William Shelton** they're somewhere between the ages of 18 and 24. They're brothers. I'm sure we can dig up more information but we probably should check them. Got a phone call today from **Barbara Raines**. She stated that **Debbie Dixon** had told her about a Physic out at 8435 Vine Street. Her name's **Patricia Michelle**. So **Barbara** got a hold of her and gave **Aaron Raines** picture and **Aaron Raines** money belt that he loved and wore most of the time. And **Patricia Michelle** contacted **Barbara** and said that she had the information available but that there was too much of description and she didn't want to give it to the family, it was confidential for the police only. She didn't want a lynch party going out and she would only release it to a police department. I gave all this information to Lt. **Snider**, he advised me to go out and pick up the report from this Physic. I did that and basically, it's in the jacket, it doesn't say anything other then one of the theories that we thought. He's from the neighborhood, knows the area, knew **Aaron**, is probably 16 17 years old. You can read it. It's in the case jacket. One bit **Bob** or **John**, **Barbara Raines** will probably be calling tomorrow. She's called twice today to see if we picked up this Physic's report and she wants to know what we think of it. She'll probably call and ask for one of yous or maybe Lt. **Snider**. You might as well let him know about it. He may receive the call. That'll end.                TMC6/17/92

001214

Page 3