## DIVISION OF POLICE

**Department of Safety**                                                                                       **City of Cincinnati**

## NOTIFICATION OF RIGHTS

Place ___824 BROADWAY___                                            Date ___6/3/92___

                                                                                              Time ___1159 HRS___

### YOUR RIGHTS

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.

Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer.

### WAIVER OF RIGHTS

I have read this statement of my rights and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

Witness ___[signature]___                                          SIGNED X ___REFUSED___

Witness ___Darlene Lackey___                                Time _____

### WAIVER (LINE UP)

I understand that I am entitled to the presence and aid of legal counsel during all of the critical stages of my prosecution. I further understand that the police line up for identification purposes is a critical stage of my prosecution. I understand and acknowledge that I am entitled to the presence and aid of legal counsel during a police line up for identification purposes and I hereby waive my right to have the presence and aid of legal counsel during said police line up.

Witness _____                       SIGNED _____

Witness _____                       Time _____

Form 600 Rev. 9/68 ODJN                                         000420                              EXHIBIT F