

EXHIBIT G

INVESTIGATIVE SUMMARY

COMPLAINANT_____**AARON RAINES**_____OFFENSE____**HOMICIDE**_____

OFFENSE NUMBER_____INVESTIGATORS__**ARGO/LACKEY/SGT. JAY**____

================================================================

SPEC. D. ARGO, P.O. D. LACKEY, SGT. J. JAY   6/3/92   1600 HOURS

This is Dan Argo, Darlene Lackey and Sgt. Jay. It's the 3rd, June the 3rd, it's 1605 hours. This is in reference to the Aaron Raines Homicide. Today we had Aaron's brother Dallas Hayes come in for a polygraph test. The test was administered this morning by Royce Winters. He proved to be, there's no doubt in Royce's mind that he was lying on all questions that had to do with Aaron's death. The test showed that he was untruthful. Royce tried to talk to him for awhile, he became very hostile going back, he would be hostile for awhile and then he's calm down then he'd be real hostile again. Darlene and I brought him up stairs. We talked to him for approximately four hours. He stuck by his story that he wasn't lying. Basically the only thing that he told us different was that on the day that Aaron disappeared that he wasn't watching him as close as he had told us originally. He stated basically between five o'clock, 1700 and 1900 hours on the 11th he didn't know where he was and that he came back home at about seven for dinner, left shortly after that and he didn't see him again until 2100 hours. But then he stuck to his story that he saw him across the street at the park. Then that he was listening at the --- commercial in the movie and then at about approximately 2130 hours he started to go out to look for him. We tried everything that we could think of but he

000417

Page 1

stuck by his story. He calmed down quite a bit and then he just went off a couple times on us. At this point we told him that we needed to know basically what he may be hiding. That something causing him to show up that he's not being truthful on this test. He tried to past it off on the business about not watching him but I don't believe that was enough to make him non truthful The other thing is that T.J.'s polygraph is scheduled for tomorrow morning. We got an parental permission signed by his dad and we're gonna pick him up between 10:30 and 11 tomorrow. That's about all we got right now. If by any chance **Aaron** would call, I'm sorry, by any chance **Dallas** would call tonight **Ray**, maybe he thought of something, you could get over there and talk to him. As of right now we had to let him go. He never changed his story. We had **Bill Hillard** re-check his palm prints and any other prints that were found in the scene or area and nothing was everything was negative. He was very adamant about the fact that he is, even two years ago when we was in the building, that he had never ever been in that basement. So at that point...
Did he stop by that point even when we told him we found his fingerprints down there and we were getting them checked. And we were gonna be able to prove that he was in the building and in that area. And he got real hostile. I think he started crying or cried for awhile. He was very adamant about the fact that his fingerprints couldn't be found in the basement of that apartment building because he'd never been in there. Did you mention the part about **Darlene** going up and looking at the shoes? No. Okay. We did Darlene took mom back home just to double check because I

000418

Page 2

don't believe that we've ever done it, went up and double checked at the house to make sure that Dallas doesn't have a pair of shoes that match the prints that were found on the body and in the area. So that was done and we really don't have any physical evidence to link Dallas to it. The only thing again like Dan was saying is that he was showing to be untruthful on all of the control questions on the polygraph. So it's gonna have to stand that way for the time being. He seems very adamant in his denial even when we told him we had the physical evidence. He explained the whole ball of wax to him. He's really adamant about that and right now we're just gonna have to let it go and until we can show otherwise if ever. I don't think we have anything else do we Danny? That's all. Okay that'll end it.

TMC
6/17/92

000419