THE STATE OF OHIO, HAMILTON COUNTY

COURT OF COMMON PLEAS

State of Ohio

       Plaintiff       :

                                    Case No. B9502257

-vs-

Dallas Hayes

       Defendant

## PROSECUTING ATTORNEY'S REQUEST
## FOR ISSUANCE OF WARRANT
## UPON INDICTMENT

TO THE CLERK OF THE COURT OF COMMON PLEAS:

    Dallas Hayes has been named a defendant in an indictment returned by the Grand Jury.

    Pursuant to Rule 9, Ohio Rules of Criminal Procedure, the undersigned requests that you or a Deputy Clerk forthwith issue a warrant to an appropriate officer and direct him to execute it upon the above-named defendant at the following address: Hamilton County Justice Center, or at any place within this State.

                                          Joseph T. Deters
                                          Prosecuting Attorney
                                          Hamilton County, Ohio

                                  By: _____
                                    Assistant Prosecuting Attorney

EXHIBIT H

THE STATE OF OHIO, HAMILTON COUNTY

COURT OF COMMON PLEAS

THE STATE OF OHIO

HAMILTON COUNTY, ss:

Case No. B9502257

INDICTMENT FOR:
CT1: Felonious Sexual Penetration
2907.12 R.C.

In the Court of Common Pleas, Hamilton County, Ohio, of the Grand Jury Term Nineteen Hundred and Ninety-Five.

The Grand Jurors of the County of Hamilton, in the name and by authority of the State of Ohio, upon their oaths do find and present that <u>Dallas Hayes</u>, on or about the 18th day of February in the year Nineteen Hundred and Ninety-Five at the County of Hamilton and State of Ohio aforesaid, without privilege to do so, inserted any part of the body or an instrument, apparatus or other object into the vaginal cavity of Sandra Baker, and the said Sandra Baker was not the spouse of Dallas Hayes, or the said Sandra Baker was the spouse of the said Dallas Hayes but was living separate and apart from the said Dallas Hayes, and the said Sandra Baker was less than thirteen years of age and the said Dallas Hayes purposely compelled Sandra Baker to submit by force or threat of force, in violation of Section 2907.12 of the Ohio Revised Code and against the peace and dignity of the State of Ohio.

Joseph T. Deters
Prosecuting Attorney
Hamilton County, Ohio

Reported and filed this

____17TH____ day of

March, A.D. 1995

By: **JAMES C. CISSELL**
Clerk of Hamilton County
Common Pleas

By: _____
Deputy

By: _____
Assistant Prosecuting Attorney

A TRUE BILL

By: _____
Foreperson, Grand Jury