COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

STATE OF OHIO                          Case No. B-9502257

    Plaintiff                        Judge Nurre

vs.                                    **SUGGESTION THAT THE THE DEFENDANT IS NOT COMPETENT TO STAND TRIAL**

DALLAS HAYES

    Defendant

    The undersigned, counsel for the defendant suggests to the Court that the present mental condition of the defendant is that he is incapable of understanding the nature and objective of the proceedings against him or asist in his defense. Counsel requests that the Court order an evaluation of the defendant's competance to stand trial and set this matter for hearing

Respectfully submitted,

DEREK W. GUSTAFSON
G-442/#0005144
Attorney for Defendant
30 E. Central Parkway
1100 American Building
Cincinnati, Ohio 45202
513-241-7880

EXHIBIT I

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was served upon the office of the Hamilton County Prosecutor on the same date it was filed with the Court.

DEREK W. GUSTAFSON

Criminal.36.dwg8