MTS ☐
PSI

THE STATE OF OHIO
vs.

**ENTERED**
JUL 2 6 1995
IMAGE 36

HAMILTON COUNTY
COURT OF COMMON PLEAS

CASE NO. B 9502257

JUL 26 1995

Dallas Hayes
          Defendant

**ENTRY WITHDRAWING PLEA OF NOT GUILTY**

**AND ENTERING PLEA OF GUILTY**

I, _____Dallas Hayes_____, Defendant in the above cause, hereby freely and voluntarily retract and withdraw my Plea of Not Guilty to the charge(s) in the Indictment entered herein on a former day of this Court and offer a Plea of Guilty to the following with the indicated maximum penalties:

| COUNT | CHARGE(S) & DEGREE | *DEFINITE TERM | INDETERMINATE TERM | | MAXIMUM FINE |
|---|---|---|---|---|---|
| | | | MINIMUM TERM | MAXIMUM TERM | |
| 1 | Gross Sexual Imposition | 1y 1½y 2y | | | $ 5000.00 |
| | | | | | $ |
| | | | | | $ |

I understand the nature of the charge(s) to which I plead Guilty, and whether or not I will be eligible for probation. I have been informed and understand the following: That my Plea of Guilty is a complete admission of my guilt of said charge(s) and a Waiver of any and all constitutional, statutory, and factual defenses to such charge(s) in this case; that upon acceptance of the Plea, the Judge may proceed with judgement and sentence; that I am waiving my constitutional rights to Jury trial, to confront witnesses against me, to have compulsory process for obtaining witnesses in my favor and to require the State to prove my guilt beyond a reasonable doubt at a trial at which I cannot be compelled to testify against myself.

Are you a citizen of the United States of America? D.H. Yes _____ No(initial) If you are not a citizen of the United States, you are hereby advised that conviction of the offense to which you are pleading guilty may have the consequences of deportation, exclusion from admission to the United States, or denial of naturalization pursuant to the laws of the United States.

I have not been forced or threatened in any way to cause me to sign and offer this Plea. I offer this Plea knowingly, intelligently, and voluntarily. I have consulted with my attorney and have his/her advice and counsel. I am satisfied with the legal representation and advice I have received from my Attorney.

_____Dallas Hayes_____
                    Defendant

I have explained to the Defendant prior to his/her signing this plea, the charge(s) in the information, the penalties therefore and his/her constitutional rights in this case. I represent that, in my opinion, the Defendant is competent to enter his/her Plea, and now does so knowingly, intelligently, and voluntarily.

Violation of Revised Code _2907.05_

_____Attorney for Defendant_____

Dismiss Counts _____

* If Applicable

EXHIBIT
D