date: 08/10/95
code: GJEI
judge: 014
form: B

THE STATE OF OHIO, HAMILTON COUNTY
COURT OF COMMON PLEAS

ENTER
8-10-95

* * * * * * * * * *
* ENTERED *
* DATE: 8-10-95 *
* IMAGE: 96 *
* * * * * * * * * *

Judge: THOMAS C. NURRE

NO. B 952257

THE STATE OF OHIO
VS.

DALLAS HAYES

JUDGMENT ENTRY : SENTENCE:

INCARCERATION

Defendant was present in open Court with Counsel DEREK W. GUSTAFSON on the 10th day of August 1995 for sentence. The court informed the defendant that, as the defendant well knew, the defendant had pleaded guilty and had been found guilty of the offense(s) of GROSS SEXUAL IMPOSITION 2907.05 R.C. F-3

The Court afforded defendant's counsel an opportunity to speak on behalf of the defendant. The Court addressed the defendant personally and asked if the defendant wished to make a statement in the defendant's behalf, or present any information in mitigation of punishment.

Defendant is sentenced to be imprisoned in Department of Corrections for a period of TWO (2) YEARS DEFINITE WITH CREDIT OF ONE HUNDRED FIFTY-TWO (152) DAYS GIVEN FOR TIME SERVED. DEFENDANT REMANDED. DEFENDANT TO PAY COURT COSTS.

EXHIBIT
P

efendant was notified of the right to appeal as required by Crim. R 32(A)(2)