# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MICHAEL BIES,

:

    Petitioner,    Case No. C-1-00-682

:    District Judge Susan J. Dlott
  -vs-    Magistrate Judge Michael R. Merz

MARGARET BAGLEY, Warden,

:

    Respondent.

**ORDER GRANTING MOTION FOR DISCOVERY REGARDING DALLAS HAYES**

On Motion of the Petitioner (Doc. No. 76), pursuant to Rule 6 of the Rules Governing § 2254 Cases, and upon Petitioner's express representation that Respondent has no objection, Petitioner's Unopposed Motion for Discovery is GRANTED.

June 12, 2004.

                                                                               s/ **Michael R. Merz**
                                                                   United States Magistrate Judge

J:\Death Penalty\Bies v. Bagley\Bies v. Bagley Hayes Discovery.wpd