IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **Michael Bies,** | ) |
| Petitioner, | ) |
| | ) Case No.: CV-1-00-682 |
| vs. | ) |
| | ) **District Judge Susan J. Dlott** |
| **Margaret Bagley, Warden,** | ) **Magistrate Judge Michael R. Merz** |
| Respondent. | ) |

**MICHAEL BIES' NOTICE OF FILING OF CORRECTED EXHIBIT**

On June 9, 2004, Michael Bies filed his Unopposed Motion for Discovery of Facts Concerning Dallas Hayes [Doc. 76]. He supported that pleading with twenty-one attachments [Exhibits A-U]. Due to a mechanical error in the scanning of the attachments, Exhibit A was not attached in its entirety to the Motion. Exhibit A contains two pages and only one page was attached to the Motion. Michael Bies has attached to this pleading both pages of Exhibit A.

Respectfully submitted,

s/ S. Scott Haynes _____
S. SCOTT HAYNES - 0059586
Hallowes, Allen & Haynes
6445 E. Livingston Avenue
Reynoldsburg, Ohio 43068
Telephone: (614) 868-0009
Facsimile: (614) 868-0029
And
DAVID H. BODIKER
Ohio Public Defender
RANDALL L. PORTER - 0005835
Assistant State Public Defender
Office of the Ohio Public Defender
8 East Long Street, 11th Floor
Columbus, Ohio 43215-2998
Telephone: (614) 466-5394
Facsimile: (614) 728-3670

COUNSEL FOR MICHAEL BIES

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **MICHAEL BIES' NOTICE OF FILING OF CORRECTED AFFIDAVIT EXHIBIT** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

s/ S. Scott Haynes_____<br>
S. SCOTT HAYNES<br>
COUNSEL FOR PETITIONER

#200209