BROTHER

DALLAS HAYES / 1-7-93
713 WEAVE
251-2609

LEFT HAND MAY BE BROKEN FROM HITTING GROUND AFTER BROTHER WAS FOUND

– HADEN'T BEEN IN BUILDING FOR 3 YRS

A GUY TOLD DALLAS RIGHT AFTER THEY FOUND HIM. THAT HE HAD SEEN A GUY GO INTO BUILDING HAD HIS BACK TURNED AUNT DORA SAW THE MAN NEVER SEEN ADULTS IN BUILDING

EXHIBIT A

2100 AARON WITH
   PLAYING WITH DAVID         — WEAVE
       * ADRION                 WEST
         CARL                   WEAVE
         JAMES                  WHITE FO
         MIKE JACKSON   STATE+STABLER AT
         JASON          STATE ACROSS
         BO-            FROM WATERMAN
                        YELLOW H
                        STATE+STABL

                        NEXT DOOR TO
                        LIVES CARL 2ND FL
ALL 9-11 YRS OLD        DOWNSTAIRS
                        FROM GRANDMOT

2115 LOOKED OUT & HE WAS GONE
2130 STARTED LOOKING ~~TOTS~~ FOR HIM
TALKED TO ALL BUT ADRION & THEY
TOLD HIM HE LEFT WITH JOSHUA

2150 CALLED JOSHUAS HOUSE & STEP DAD RANDY (Reddy) TOLD HIM THEY WENT FISHING DORIE & JOSHUA. CEDAR LAKE

MOM WAS JUST COMING HOME FROM WORK
WENT OUT 1½ HRS
MOM WENT TO DADS HOUSE - DELHI
1ST CHECKED PARK THEN PLAY GROUND
JANITOR WAS TAKING OUT TRASH

AARON - DRESSED IN BLACK BASEBALL CAP W/ "BULLDOZIER"
WHITE & ORANGE, BLACK GYM SHOE
RIGHT TOE BROKEN
NO SHIRT
GREEN HOSPITAL SHORTS "CHILDRENS"

POLICE CALLED AROUND 2300

→ AARON NEVER PLAYED IN BUILDING
BECAUSE DALLAS TOLD HIM NOT TOO
"I'M HIS BIG BROTHER & HE LOOKS UP TO ME"

THOMAS RAINES MW/5 - STAYED ALL NIGHT
WITH GRANDMOTHER - EDITH RAINES
                                    DELHI
WAS NOT WITH DORI AT ALL.