IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **Michael Bies,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | **Case No.: CV-1-00-682** |
| **vs.** ) | |
| ) | **District Judge Susan J. Dlott** |
| **Margaret Bagley, Warden,** ) | **Magistrate Judge Michael R. Merz** |
| ) | |
| **Respondent.** ) | |

**PETITIONER MICHAEL BIES' ELEVENTH STATUS REPORT CONCERNING THE ONGOING STATE COURT POST-CONVICTION PROCEEDINGS**

On October 22, 2002 this Court ordered that Petitioner Bies keep this Court apprised of the state court filings in Petitioner's case. [Doc. 33.] Since the filing of his Tenth Status Report, [Doc. 75] the following pleadings have been filed in State v. Bies, Ham. C.P. No. B925067:

| Date | Pleading | Exhibit |
|---|---|---|
| 4/05/04 | Decision (Defendant's Motion for Summary Judgment) | 1 |
| 4/22/04 | Michael Bies' Renewed Motion for Summary Judgment as to the Third Cause of Action | 2 |
| 6/21/04 | Decision and Entry (Defendant's Renewed Motion for Summary Judgment) | 3 |

          Respectfully submitted,

          s/ S. Scott Haynes _____
          S. SCOTT HAYNES - 0059586
          Hallowes, Allen & Haynes
          6445 East Livingston Avenue
          Reynoldsburg, Ohio 43068-3560
          Telephone: (64) 868-0009
          Facsimile: (614) 868-0029

       And

DAVID H. BODIKER
Ohio Public Defender

RANDALL L. PORTER - 0005835
Assistant State Public Defender

Office of the Ohio Public Defender
8 East Long Street, 11th Floor
Columbus, Ohio  43215-2998
Telephone:  (614) 466-5394
Facsimile:  (614) 728-3670

COUNSEL FOR PETITIONER

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **PETITIONER MICHAEL BIES' TENTH STATUS REPORT CONCERNING THE ONGOING STATE COURT POST-CONVICTION PROCEEDINGS** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access the filing through the Court's system.

       s/ S. Scott Haynes_____
       S. SCOTT HAYNES
       COUNSEL FOR PETITIONER

#201573