COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| STATE OF OHIO, | * | Case No. B9205607 |
| Plaintiff-Respondent | * | Judge Beth A. Myers |
| vs. | * | **DECISION AND ENTRY** |
| MICHAEL BIES, | * | |
| Defendant-Petitioner | * | |

This matter is before the Court on Petitioner Michael Bies' Renewed Motion for Summary Judgment. The Court has considered the motion and hereby denies the same. The Court incorporates by reference its prior decision, and to the extent not specifically stated, finds for the reasons discussed in its prior decision that the double jeopardy clause does not require summary judgment in this case.

_____
Beth A. Myers, Judge

ENTER

JUN 21 2004

BETH A. MYERS, JUDGE

Copies by fax to:

Mark Piepmeier
Assistant Hamilton County Prosecutor
Hamilton County Prosecutor's Office
230 E. 9th Street, Suite 4000
Cincinnati, OH 45202
FAX (513) 946-3100

*Counsel for Plaintiff*

S. Scott Haynes
Hallowes, Allen & Haynes
6445 East Livingston Avenue
Reynoldsburg, OH 43068
FAX (614) 868-0029

EXHIBIT 3

David H. Bodiker
Ohio Public Defender

Randall L. Porter
Assistant Ohio Public Defender
8 East Long Street, 11th Floor
Columbus, OH 43215-2998
FAX (614) 728-3670

*Counsel for Defendant*