IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **Michael Bies,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Case No.: CV-1-00-682 |
| vs. | ) | |
| | ) | District Judge Susan J. Dlott |
| **Margaret Bagley, Warden,** | ) | Magistrate Judge Michael R. Merz |
| | ) | |
| Respondent. | ) | |

**PETITIONER MICHAEL BIES' TWELFTH STATUS REPORT CONCERNING THE ONGOING STATE COURT POST-CONVICTION PROCEEDINGS**

On October 22, 2002 this Court ordered that Petitioner Bies keep this Court apprised of the state court filings in Petitioner's case. [Doc. 33.] Since the filing of his Eleventh Status Report, [Doc. 79] there have been no pleadings filed or proceedings conducted in <u>State v. Bies</u>, Ham. C.P. No. B925067:

                                                                             Respectfully submitted,

                                                                             <u>s/ S. Scott Haynes</u> _____
S. SCOTT HAYNES - 0059586
Hallowes, Allen & Haynes
6445 East Livingston Avenue
Reynoldsburg, Ohio 43068-3560
Telephone: (64) 868-0009
Facsimile: (614) 868-0029

And

DAVID H. BODIKER
Ohio Public Defender

RANDALL L. PORTER - 0005835
Assistant State Public Defender

1

                Office of the Ohio Public Defender
                8 East Long Street, 11th Floor
                Columbus, Ohio 43215-2998
                Telephone: (614) 466-5394
                Facsimile: (614) 728-3670

                COUNSEL FOR PETITIONER

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the foregoing **PETITIONER MICHAEL BIES' TWELFTH STATUS REPORT CONCERNING THE ONGOING STATE COURT POST-CONVICTION PROCEEDINGS** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

                s/ S. Scott Haynes_____
                S. SCOTT HAYNES
                COUNSEL FOR PETITIONER

#207960