## Privileged DRC Records

**Dallas Hayes (aka Dallas Raines)**

| Document | Bates Number |
|---|---|
| Victim Impact Statement | 000011-000012 |
| Victim Impact Statement (Duplicate Copy) | 000022-000023 |
| Mental Health Records | See Below |
|     In-Take Screening Report | 000074-000075 |
|     Contact Sheet | 000076 |
|     Adult Response Sheet | 000080-000081 |

Exhibit A