000632

DJC
5/12/92

BROTHER   DALLAS HAYES  1-7-93
713 WEAVE
251-2609

LEFT HAND MAY BE BROKEN FROM HITTING GROUND AFTER BROTHER WAS FOUND

— HASN'T BEEN IN BUILDING FOR 3 YRS

A GUY TOLD DALLAS RIGHT AFTER THEY FOUND HIM. THAT HE HAD SEEN A GUY GO INTO BUILDING   HAD HIS BACK TURNED
AUNT DORA SAW THE MAN
NEVER SEEN ADULTS IN BUILDING

EXHIBIT A

2100 AARON WITH
     PLAYING WITH DAVID — WEAVE                       2ND
                 * ADRIAN        NEXT
                   CARL          WEAVE
                                 WHITE FE
                   JAMES         STABLER AT
                                 STATE ACCTD
                   MIKE JACKSON  FROM WATERMAY
                                 STATE-STABL
                                 KIM H
                   JASON         NEXT DOOR TO
                   BO            LIVES CARL 2ND FL
ALL 9-11 YRS OLD                 DOWNSTAIRS
                                 FROM GRANDMOT

2115 LOOKED OUT & HE WAS GONE
2130 STARTED LOOKING ~~WITH~~ FOR HIM
TALKED TO ALL BUT ADRIAN & THEY
TOLD HIM HE LEFT WITH JOSHUA

000633

2150 Called Joshua's House & Step Dad Randy told him they went fishing Dozie & Joshua. Cedar Lake

Mom was just coming home from work went out 1½ hrs
Mom went to Dad's House - Delhi
1st checked Park then Play Ground, Janitor was taking out trash

Aaron - Dressed in Black Baseball Cap w/ "Bull Dozier"
1 White & Orange, Black Gym Shoe
Right Toe - Broken
No Shirt
Green Hospital Shorts "Childrens"

Police called around 2300

→ Aaron never played in building because Dallas told him not too "I'm his Big Brother & he looks up to me"

Thomas Rawes MW/5 - stayed all night with Grandmother - Edith Rawes
Delhi
Was not with Dori at all.