"CRIME - STOPPERS"

DATE 5-18-92   TIME 1745   CODE NUMBER 96X294

* INFORMANTS NAME _____ n/w _____
* INFORMANTS ADDRESS _____
  INFORMANTS PHONE _____
  OFFICER RECEIVING CALL  T. OTTEN
  INFORMATION RECEIVED  caller stated to check out
  the apt. both of Jerry Lawson.
  _____
  _____
  _____
  _____
  _____

(*) indicates voluntary information - need not be given.

001016


EXHIBIT B