6/08/92
1025 Joseph Gribbins, Jr
2116 Haymaker 2nd Fl
MW18  5/22/74
No Phone

000832


EXHIBIT C

★ — At Dallas house making cassette tapes at 7:30PM — Aaron came in + out of the house twice (one jump up, making records) while he was there — Left @ 8:15p went to Oyler's playground w/ Dallas & left Dallas @ playground to go home @ 8:30pm (Aaron not around after they left house)
- Next seen Dallas when police came with Dallas looking for Aaron about 1AM
- Never seen Aaron in abandon bldg
- Dallas was Aaron + Aaron was Dallas
- Dallas would take up for Aaron — wouldn't let anybody mess with him
- Dallas expressed some feelings of wanting more freedom (Boys Club) wanted his mother to spend more time with him
- Spends alot more time w/ Dallas
- Mom never left the hospital when Aaron was in for accident
- Aaron was strong for his age/size
- Dallas told Aaron not to go off / go far — in front of the house or across the street

★ — Joe made a copy of 2 songs on tape (afraid Mom Rainey would come home and catch him) They looked for the basketball + couldn't find it — so they wrapped a tennis ball with tape before going to playground