000416

POLYGRAPH ASSIGNMENT

NAME: _Dallas Raines_

CTL #: _____  DOB: _1980_

DATE: _6-3-92_  TIME: _1000_

INVESTIGATOR: _Argo 3540_  UNIT: _Homicide_

OFFENSE/REASON: _Homicide / Suspect is half-brother of victim who was found assaulted in a vacant building._

POLYGRAPHIST: _M<sup>c</sup>Laughlin_

DISPOSITION: _____

SUPERVISOR: _Sgt Oetzel_

**EXHIBIT D**