IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| Michael Bies, ) | |
| ) | |
| Petitioner, ) | |
| ) | Case No.: CV-1-00-682 |
| vs. ) | |
| ) | District Judge Susan J. Dlott |
| Margaret Bagley, Warden, ) | Magistrate Judge Michael R. Merz |
| ) | |
| Respondent. ) | |

### AFFIDAVIT OF DORIAN L. HALL, M.A., L.S.W.

**STATE OF OHIO**          :
                           :   ss:
**COUNTY OF FRANKLIN**     :

I, Dorian L. Hall, M.A., L.S.W. being first duly sworn according to law, state the following:

1. I have a Bachelor of Arts degree in Sociology and Psychology from Miami University, a Master of Arts degree in Sociology from Ohio State University and am a licensed social worker in the State of Ohio. I have been employed as a mitigation specialist by the Office of the Ohio Public Defender since August 1988 and have served as the supervisor of the mitigation section since August 1994.

2. In my capacity as the mitigation supervisor, I have often contacted the Community Diagnostic and Treatment Center for the Hamilton County Common Pleas Court for purposes of obtaining the files of individuals that the Clinic has evaluated.

3. The Court Clinic has generally informed me that to release the Clinic's file, it must first obtain the consent of the Common Pleas Court Judge who ordered the evaluation. In


EXHIBIT P

some instances the Judges have consented to the release of the files and the Clinic has provided me with copies of its entire files. In other cases, the Judges have not consented to the release of the files and the Clinic did not provide me with copies of their files.

Further affiant saith naught.

_____
DORIAN L. HALL

Sworn to and subscribed in my presence this 6th day of December, 2004.

_____
NOTARY PUBLIC

RANDALL L. PORTER   Attorney At Law
Notary Public, State of Ohio
MY COMMISSION IS NON-EXPIRING

2