IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL BIES | :: | CASE NO. 1:00CV682 |
| Petitioner, | :: | Judge Dlott<br>Magistrate Judge Merz |
| vs. | :: | |
| MARGARET, BAGLEY, WARDEN | :: | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| Respondent. | :: | |

Now comes the Honorable Joseph T. Deters, the duly appointed, qualified and acting Prosecuting Attorney of Hamilton County, Ohio, and hereby gives Notice that Assistant Prosecuting Attorney Michael G. Florez (0010693P) of the Hamilton County Prosecutor's Office, shall be substituted as counsel for Tamara S. Sack (0071163P) formerly of the Hamilton County Prosecutor's Office, in this matter on behalf of Hamilton County Probation Department (Movant).

    Respectfully submitted,

    JOSEPH T. DETERS
    PROSECUTING ATTORNEY
    HAMILTON COUNTY, OHIO

    /s/ Michael G. Florez
    Michael G. Florez (0010693P)
    Assistant Prosecuting Attorney
    Hamilton County, Ohio
    230 E. Ninth Street, Suite 4000
    Cincinnati, Ohio 45202
    DDN: (513) 946-3229
    FAX: (513) 946-3018
    Attorneys for the Hamilton County
    Probation Department

CERTIFICATE OF SERVICE

      I hereby certify that on March 29, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel listed below:

S. Scott Haynes, Esq.  
Hallowes, Allen & Haynes  
6445 E. Livingston Avenue  
Reynoldsburg, Ohio 43068-3560  

Carol A. Ellenson, Esq.  
Assistant Attorney General  
30 East Broad Street, 23rd. Floor  
Columbus, Ohio 43215-3428  

Charles L. Wille, Esq.  
Assistant Attorney General  
30 East Broad Street, 23rd. Floor  
Columbus, Ohio 43215-3428  

David H. Bodiker, Esq.  
Ohio Public Defender  
8 East Long Street, 11th Floor  
Columbus, Ohio 43215-2998  

Randall L. Porter, Esq.  
Assistant State Public Defender  
8 East Long Street, 11th Floor  
Columbus, Ohio 43215-2998  

/s/ Michael G. Florez  
Michael G. Florez (0010693P)  
Assistant Prosecuting Attorney