# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MICHAEL BIES,

    Petitioner,

        -vs-

MARGARET BAGLEY, Warden,

    Respondent.

:

:

:

Case No. 1:00-cv-682

District Judge Susan J. Dlott
Chief Magistrate Judge Michael R. Merz

## SCHEDULING ORDER

Before the Court is Petitioner Michael Bies' motion for a status conference (Doc. No. 94) to address three issues relating to his filing of an amended petition for a writ of habeas corpus. Petitioner's motion is hereby GRANTED, and a telephone conference will be held on Tuesday, May 17, 2005, at 2:00pm. If counsel will not be available at the phone numbers listed in the docket, the Court should be notified in advance as to the number at which he or she may be reached for the telephone conference.

April 28, 2005.

                                                           s/ **Michael R. Merz**
                                                   Chief United States Magistrate Judge

J:\Death Penalty\Bies v. Bagley\Sched. Order jk042805.wpd