### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL BIES** | : | CASE NO.:  1:00CV682 |
| Petitioner, | : | JUDGE DLOTT |
| v. | : | MAGISTRATE JUDGE MERZ |
| | : | DEATH PENALTY CASE |
| **MARGARET BAGLEY,** Warden | : | |
| Respondent. | : | |

### RESPONDENT MARGARET BAGLEY'S NOTICE OF
### MANUAL FILING OF STATE COURT PLEADINGS

Pursuant to this Court's Order to Clarify the Record [Doc. 96], Respondent Margaret Bagley gives notice of manual filing as to the following 9 volumes of post-2000 state court pleadings:

Volume 1:   Second Post-Conviction
              Trial – Part 1 of 4

Volume 2:   Second Post-Conviction
              Trial – Part 2 of 4

Volume 3:   Second Post-Conviction
              Trial – Part 3 of 4

Volume 4:   Second Post-Conviction
              Trial – Part 4 of 4

Volume 5:   Second Post-Conviction
              Court of Appeals

| | |
|---|---|
| Volume 6: | Second Post-Conviction<br>Ohio Supreme Court |
| Volume 7: | Second Post-Conviction<br>Stay Proceedings<br>Ohio Supreme Court |
| Volume 8: | Mental Retardation Proceedings<br>Trial – Part 1 of 2 |
| Volume 9: | Mental Retardation Proceedings<br>Trial – Part 2 of 2 |

As instructed by this Court, all 9 volumes have been scanned, copied and bates-stamped in a manner similar to the Appendix. In addition, all 9 volumes are being sent to the Court via overnight mail.

Respectfully submitted,

**JIM PETRO**
**Ohio Attorney General**


s/Carol A. Ellensohn
**CAROL A. ELLENSOHN (0074598)**
**CHARLES L. WILLE (0056444)**
Assistant Attorneys General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; Fax: (614)728-8600

**COUNSEL FOR RESPONDENT**

**CERTIFICATE OF SERVICE**

      I certify that a true and accurate copy of the foregoing, *Respondent Margaret Bagley's Notice of Manual Filing of State Court Pleadings,* was filed electronically. In addition, a copy of each of the 9 Volumes of post-2000 state court pleadings were sent via overnight mail to: S. Scott Haynes, Hallowes, Allen and Haynes, 6445 East Livingston Avenue, Reynoldsburg, Ohio, 43068 and hand-delivered to: Randall Porter, Ohio Public Defender's Office, 8 East Long Street, Columbus, Ohio 43215, on this *14th* day of *July, 2005*.

                                              s/Carol A. Ellensohn
                                              **CAROL A. ELLENSOHN (0074598)**
                                              Assistant Attorney General