UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
FEB 27 2008
LEONARD GREEN, Clerk

No. 06-3471

MICHAEL BIES,
    Petitioner - Appellee,

v.

MARGARET BAGLEY, Warden,
    Respondent - Appellant.

Before: DAUGHTREY, MOORE, and CLAY, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Southern District of Ohio at Cincinnati.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the judgment of the district court granting petitioner Michael Bies habeas relief is AFFIRMED.

ENTERED BY ORDER OF THE COURT

Leonard Green, Clerk