### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **MICHAEL BIES,** | : | |
| Petitioner, | : | **CASE NO. 1:00-cv-00682** |
| v. | : | **Judge Susan J. Dlott** |
| **MARGARET BAGLEY, Warden** | : | **Magistrate Judge Michael Merz** |
| Respondent. | : | *Death Penalty Case* |

### RESPONDENT'S NOTICE OF TERMINATION OF COUNSEL

Please take notice that Carol A. Ellensohn has pursed employment outside of the Ohio Attorney General's Office and should be terminated in the above styled case. Principal Assistant Attorney General Charles L. Wille will continue as lead and trial.

Copies of all pleadings, correspondence, or other documents filed with this Honorable Court should be directed to the undersigned.

Respectfully submitted,

**MARC DANN**
Attorney General of Ohio

s/Charles L. Wille
**CHARLES L. WILLE (0056444)***
Principal Assistant Attorney General
   ***Lead and Trial Counsel**
Capital Crimes Unit
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(6l4) 728-7055; (614) 728-8600 (fax)
Email: cwille@ag.state.oh.us

**COUNSEL FOR RESPONDENT**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Respondent's Notice of Termination of Counsel* has been forwarded via the court's electronic filing system this 2nd day of April, 2008 to the following counsel for petitioner:

| | |
|---|---|
| S. Scott Haynes | Randall L. Porter |
| Hallowes, Allen & Haynes | Assistant State Public Defender |
| 6445 East Livingston Avenue | Ohio Public Defender's Office |
| Reynoldsburg OH  43068-3560 | 8 East Long St, 11th Floor |
| Email: scothaynes@aol.com | Columbus OH  43215-0587 |
| | Email: randall.porter@opd.state.oh.us |

s/Charles L. Wille
**CHARLES L. WILLE (0056444)**
Principal Assistant Attorney General