## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 06-3471

_____

Filed: September 03, 2008

MICHAEL BIES,

    Petitioner - Appellee

v.

MARGARET BAGLEY, Warden,

    Respondent - Appellant

## MANDATE

   Pursuant to the court's disposition that was filed 08/05/2008 the mandate for this case hereby issues today.

COSTS:  None

Filing Fee .......................$  
Printing ..........................$

    Total ...................$

## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Leonard Green
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 03, 2008

Mr. James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202-0000

        Re:  Case No. 06-3471, *Bies v. Bagley*
              Originating Case No. : 00-00682

Dear Clerk,

    Enclosed is a copy of the mandate filed in this case.

                              Sincerely yours,

                              s/Laura A. Jones
                              Case Manager
                              Direct Dial No. 513-564-7023
                              Fax No. 513-564-7098

cc:  Mr. S. Scott Haynes
     Mr. Randall L. Porter
     Mr. Charles L. Wille

Enclosure